MAY 19, 1958.

No. 13, Original. CALIFORNIA *v.* WASHINGTON. This case is set for argument on the motion for leave to file bill of complaint and answer. Two hours allowed for oral argument. *Edmund G. Brown,* Attorney General, *Wallace Howland,* Assistant Attorney General, and *Leonard M. Sperry, Jr.,* Deputy Attorney General, for the State of California, plaintiff. *John J. O'Connell,* Attorney General, and *Franklin K. Thorp,* Assistant Attorney General, for the State of Washington, defendant. *Louis J. Lefkowitz,* Attorney General, and *Paxton Blair,* Solicitor General, filed a brief for the State of New York, as *amicus curiae,* supporting the plaintiff.

No. 322. ROMERO *v.* INTERNATIONAL TERMINAL OPERATING Co. ET AL. Certiorari, 355 U. S. 807, to the United States Court of Appeals for the Second Circuit. Argued March 13, 1958. This case is restored to the calendar for reargument during the week of October 13, 1958. *Narciso Puente, Jr., Silas B. Axtell* and *Charles A. Ellis* for petitioner. *John L. Quinlan* and *John M. Aherne* for Compania Trasatlantica and Garcia & Diaz, Inc.; *Sidney A. Schwartz* and *William J. Kenney* for the Quin Lumber Co., Inc., and *John P. Smith* for the International Terminal Operating Co., respondents. Briefs of *amici curiae* urging affirmance were filed by *Lawrence Hunt* and *Daniel L. Stonebridge* for the Government of the United Kingdom of Great Britain and Northern Ireland, and for the Government of Denmark, and *James M. Estabrook* and *David P. H. Watson* for Skibsfartens Arbeidsgiverforening (Norwegian Shipping Federation) and Sveriges Redareforening (Swedish Shipowner's Association).